UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN M. SHOLL,<br><br>                    Petitioner,<br><br>       v.<br><br>MATTHEW ATCHLEY, Warden,<br><br>                    Respondent. | No.  2:21-cv-00064 KJM GGH P<br><br><br><br>ORDER |

Petitioner has filed a request for reconsideration of the magistrate judge's order filed July 27, 2021, denying petitioner's motion for appointment of counsel without prejudice to a renewal of the motion at a later stage of the proceedings. ECF No. 14. Petitioner has failed to demonstrate any new or different facts or circumstances which did not exist or were not shown upon the prior motion.  *See* E.D. Local Rule 230(j). Accordingly, the motion for reconsideration (ECF No. 14) is denied.

        IT IS SO ORDERED.

DATED:  September 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1